# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROHRBACK COSASCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMPORTEXA, LLC, <br><br> Defendant. | Case No.: CV 15-9113-DMG (Ex) <br><br> **JUDGMENT** |

Upon presentation of the Motion to Enforce Settlement Agreement and Enter Stipulated Judgment, and good cause appearing therefor, IT IS HEREBY ORDERED that Judgment is entered in favor of Plaintiff Rohrback Cosasco Systems, Inc., and against Defendant Importexa, LLC, in the amount of $68,405.00, pursuant to the Stipulated Judgment agreed to by the parties, adjusted for payments already made.

**IT IS SO ORDERED.**

DATED: January 25, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE